**E-filed 7/17/08**

ROBERT ALAN JONES, *pro hac vice*
RAJ Limited, PC
1061 East Flamingo Road, Suite #7
Las Vegas, Nevada 89119
Telephone:   (702) 791-0742

Chris Dietrich, Bar No. 092592
11300 West Olympic Boulevard, Suite 800
Los Angeles, California 90064

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS E. SEIDEL,

    Defendant.

NO. C-07-4128-JF

PROPOSED ORDER

ORDER GRANTING

**MOTION TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEF WITH RESPECT TO THE CROSS MOTION FOR SUMMARY JUDGMENT**

Defendant Thomas E. Seidel by and through his counsel of record hereby moves for an extension of time for one week, up to and including July 18, 2008 to file his supplemental brief with respect to the cross motion for summary judgment and for the Plaintiff to have the similar one week extension until August 1, 2008 to file his supplemental brief and in support thereof so states:

1. The undersigned counsel has been called to Chicago, Illinois next week in a complex criminal case.

2. Attorney for Plaintiff, David Danier has been contacted and agrees to and joins in this request.

Defendants' Motion to Extend Time to File Supplemental Brief [5:07-cv-04128]                            -1-

WHEREFORE, the Defendant Mr. Seidel requests that this Honorable Court grant this Motion, and allow the filing of his supplemental brief to be filed on or about July 18, 2008, with the Plaintiff's corresponding motion to be filed on or about August 1, 2008.

DATED: Las Vegas, Nevada, this 3rd of July, 2008.

/s/ Robert Alan Jones
Robert Alan Jones, *pro hac vice*
1061 E. Flamingo Rd., Suite #7
Las Vegas, Nevada, 89119
702-791-0742

/s/ Chris Dietrich
Chris Dietrich, Bar No. 092592
11300 West Olympic Boulevard, Suite 800
Los Angeles, California 90064

7/17/08
7/3/08  IT IS SO ORDERED.

Judge Jeremy Fogel, US District Court

Defendants' Motion to Extend Time to File Supplemental Brief [5:07-cv-04128]                    -2-

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2008, I served a copy of the foregoing **Proposed Order** to the **Motion to Extend Time to File Supplemental Brief with Respect to the Cross Motion for Summary Judgment**, using the CM/ECF court filing system and a copy will be issued to each interested party shortly thereafter.

/s/ *Elizabeth Holt*
Office of Robert Alan Jones