1  David L. Denier, Bar No. 95024
   Assistant United States Attorney
2  9th Floor Federal Building
   450 Golden Gate Avenue, Box 36055                    **E-Filed 10/3/08**
3  San Francisco, CA 94102
   *Attorney for the United States of America*
4
   ROBERT ALAN JONES, *pro hac vice*
5  RAJ Limited, PC
   1061 East Flamingo Road, Suite #7
6  Las Vegas, Nevada  89119
   Telephone:     (702) 791-0742
7  *Attorney for Defendant*
8  Chris Dietrich, Bar No. 092592
   11300 West Olympic Boulevard, Suite 800
9  Los Angeles, California 90064
   *Local Attorney for Defendant*
10
11        **IN THE UNITED STATES DISTRICT COURT FOR THE**
                **NORTHERN DISTRICT OF CALIFORNIA**
12                      **SAN JOSE DIVISION**
13
   UNITED STATES OF AMERICA,        )
14                                   )
               Plaintiff,            )
15                                   )        **Case No. 5:07-cv-04128-JF**
        v.                           )
16                                   )        **DATE:        10/31/08**
   THOMAS  E.  SEIDEL,              )        **TIME:        11:00 a.m.**
17                                   )        **JUDGE:      Honorable Jeremy Fogel**
               Defendant.            )
18  _____ )        ~~PROPOSED~~ ORDER
19
                          ORDER GRANTING
20  _____
    **STIPULATION TO VACATE AND RESET FINAL PRETRIAL CONFERENCE DATE**
21  _____
22        Robert Alan Jones and Chris Dietrich, counsel for Defendant Thomas Everett Seidel, and
23  David Denier, counsel for the United States of America, hereby stipulate that a conference date of
24  November 3, 2008 is agreeable to both parties for the following reasons:
25        1.      Mr. Jones, counsel for Thomas E. Seidel, has a sentencing hearing scheduled for
26                October 30, 2008 in the United States District Court for the District of Columbia in
27
28  Proposed Order to the Stipulation to Vacate and
    Continue Pretrial Conference Date [5:07-cv-04128]                              -1-

1         *United States v. Honbo* 1:08-cr-00177.

2     2.     Mr. Denier, counsel for the United States of America, will be on vacation from

3         November 4, through November 11, 2008.

4     **WHEREFORE**, counsel Robert Alan Jones, and David Denier, counsel for the United States

5 of America respectfully request this Honorable Court to vacate the pretrial conference set for

6 October 31, 2008 at 11:00 a.m., and continue this matter to November 3, 2008 or as the Court

7 Calendar may permit.

8

9     Dated this 2nd of October, 2008.

10

11                                        /s/ Robert Alan Jones
                                       Robert Alan Jones, *pro hac vice*

12                                        1061 E. Flamingo Rd., Suite #7
                                       Las Vegas, Nevada, 89119

13                                        702-791-0742
                                       *Counsel for Defendant*

14                                        /s/ Chris Dietrich
                                       Chris Dietrich, Bar No. 092592

15                                        11300 West Olympic Boulevard, Suite 800
                                       Los Angeles, California 90064

16                                        *Local Attorney for Defendant*

17                                        /s/ David L. Denier
                                       David L. Denier, Bar No. 95024

18                                        Assistant United States Attorney
                                       9th Floor Federal Building

19                                        450 Golden Gate Avenue, Box 36055
                                       San Francisco, CA 94102

20                                        *Attorney for the United States of America*

21

22 The Pretrial Conference is hereby CONTINUED to November 3, 2008 at 11:00 a.m.

23 **IT IS SO ORDERED.**

24

25

26 Jeremy Fogel

27 United States District Judge

28 Proposed Order to the Stipulation to Vacate and
Continue Pretrial Conference Date [5:07-cv-04128]            -2-

1

## CERTIFICATE OF SERVICE

2        This is to certify that on October 2, 2008, I caused to be served the foregoing Proposed Order

3    to the Stipulation to Vacate Final Pretrial Conference Date by e-filing in the United States District

4    Court for the Northern District of California, San Jose Division, parties to be electronically served

5    shortly thereafter.

6

7                                                   //ss// Elizabeth Holt
                                                    Office of Robert Alan Jones
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Proposed Order to the Stipulation to Vacate and
     Continue Pretrial Conference Date [5:07-cv-04128]                           -3-