1  David L. Denier, Bar No. 95024
   Assistant United States Attorney
2  9th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
3  San Francisco, CA 94102
   Telephone:    (415) 436-6888
4  *Attorney for the United States of America*

5  Robert Alan Jones, *pro hac vice*
   RAJ Limited, PC
6  1061 East Flamingo Road, Suite #7
   Las Vegas, Nevada  89119
7  Telephone:    (702) 791-0742
   *Attorney for Defendant*
8
   Randy Sue Pollock
9  Attorney at Law
   2831 Telegraph Avenue
10 Oakland, CA 94609
   Telephone:    (510) 763-9967
11 *Local Attorney for Defendant*

12
              **IN THE UNITED STATES DISTRICT COURT FOR THE**
13                **NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN JOSE DIVISION**
14

15 UNITED STATES OF AMERICA,        )
                                    )
16              Plaintiff,          )
                                    )   **Case No. 5:07-cv-04128-JF**
17       v.                         )
                                    )
18 THOMAS E. SEIDEL,                )
                                    )   **Honorable Jeremy Fogel**
19              Defendant.          )
                                    )   (PROPOSED) **ORDER**
20 _____  )

21                          **ORDER GRANTING**

22      **STIPULATION TO DISMISS COUNTERCLAIM WITHOUT PREJUDICE**

23
        Robert Alan Jones and Randy Sue Pollock, counsel for Defendant Thomas Everett Seidel,
24
   and David Denier, counsel for the United States of America, hereby stipulate to dismiss Mr. Seidel's
25
   Counterclaim against the United States without prejudice in order that this Honorable Court might
26
   enter its final order in these proceedings consistent with the verdict of the jury.
27

28 Stipulation to Dismiss Counterclaim Without Prejudice [5:07-cv-04128]                      -1-

1    It is understood that Mr. Seidel will be free to pursue his proper administrative, then judicial
2 remedies when the Decision of this Court becomes final.
3    **WHEREFORE**, counsel Robert Alan Jones, and David Denier, counsel for the United States
4 of America respectfully request this Honorable Court dismiss the Defendant's Counterclaim
5 without prejudice.
6    Dated this 16th of January, 2009.

*/s/ Robert Alan Jones*

Robert Alan Jones, *pro hac vice*
1061 E. Flamingo Rd., Suite #7
Las Vegas, Nevada, 89119
702-791-0742
*Counsel for Defendant*

*/s/ Randy Sue Pollock*

Randy Sue Pollock, Attorney at Law
2831 Telegraph Avenue
Oakland, CA 94609
510-763-9967
*Local Attorney for Defendant*

*/s/ David L. Denier*

David L. Denier, Bar No. 95024
Assistant United States Attorney
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
415-436-6888
*Attorney for the United States of America*

Dated: 1/20/09

IT IS SO ORDERED.

_____
Jeremy Fogel
United States District Judge

Stipulation to Dismiss Counterclaim Without Prejudice [5:07-cv-04128]                    -2-

**CERTIFICATE OF SERVICE**

This is to certify that on January 16, 2009, I caused to be served the foregoing Stipulation to Dismiss Counterclaim Without Prejudice by CM/ECF electronic filing in the United States District Court for the Northern District of California, San Jose Division, interested parties to be electronically served shortly thereafter.

*/s/ Elizabeth Holt*

Office of Robert Alan Jones