**E-Filed 1/28/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS E. SEIDEL,<br><br>　　　　　　　Defendant. | Case Number C 07-4128 JF (RS)<br><br>ORDER[1] DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR ORDER RELEASING FEDERAL TAX LIENS<br><br>[re: docket no. 65] |

　　　　Defendant's motion for an order releasing all federal tax liens against him is DENIED WITHOUT PREJUDICE. Defendant's motion is premature because the government's time to appeal has not yet run. *See* Fed. R. App. P. 4(a)(1)(B) (providing that when the United States or one of its officers or agencies is a party, a notice of appeal may be filed within sixty days after entry of judgment). Should the government appeal the judgment in this case, this Court would be inclined to stay any release of the liens pending appeal. However, if and when the government

---

[1] This disposition is not designated for publication in the official reports.

1  files a notice of appeal, Defendant may file a properly noticed motion for release of liens, and the
2  Court will revisit the issue after it has been fully briefed.
3       IT IS SO ORDERED.

8  DATED: 1/28/09

                                             JEREMY FOGEL
                                             United States District Judge

1  This Order has been served upon the following persons:

3  David L. Denier david.denier@usdoj.gov

4  Randy Sue Pollock pollockesq@aol.com

6  Robert Alan Jones rajltd@aol.com, jean@rajlv.com

Case No. C 07-4128-JF (RS)
ORDER DENYING WITHOUT PREJUDICE DEF'S MOTION FOR ORDER RELEASING FEDERAL TAX LIENS
(JFLC2)