**E-Filed 2/25/09**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>THOMAS E. SEIDEL,<br><br>    Defendant. | Case Number C 07-4128 JF (RS)<br><br>ORDER SETTING BRIEFING SCHEDULE RE DEFENDANT'S MOTION FOR AWARD OF COSTS AND PROFESSIONAL FEES |

On February 20, 2009, Defendant filed a motion seeking an award of costs and professional fees. Plaintiff shall file a response on or before March 13, 2009. Defendant may file a reply on or before March 20, 2009. The matter thereafter will be taken under submission without oral argument unless otherwise ordered by the Court.

IT IS SO ORDERED.

DATED: February 25, 2009

_____
JEREMY FOGEL
United States District Judge

Case No. C 07-4128-JF (RS)
ORDER SETTING BRIEFING SCHEDULE RE DEFENDANT'S MOTION FOR COSTS AND FEES
(JFLC2)

This Order has been served upon the following persons:

David L. Denier david.denier@usdoj.gov

Randy Sue Pollock pollockesq@aol.com

Robert Alan Jones rajltd@aol.com, jean@rajlv.com

2

Case No. C 07-4128-JF (RS)
ORDER SETTING BRIEFING SCHEDULE RE DEFENDANT'S MOTION FOR COSTS AND FEES
(JFLC2)