ROBERT ALAN JONES
Attorney at Law, *pro hac vice*
1061 E. Flamingo Road, Ste. 7
Las Vegas, Nevada 89119
Telephone: 702-791-3403
Facsimile:   702-736-0773

RANDY SUE POLLOCK
Attorney at Law (CSBN 64473)
2831 Telegraph Avenue
Oakland, CA 94109
Telephone: (510) 763-9967
Facsimile:  (510) 272-0711

*Counsel for Defendant*
THOMAS E. SEIDEL

**E-Filed 7/7/2009**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>THOMAS E. SEIDEL<br><br>             Defendant.<br>_____ | NO. 5:07-cv-04128-JF<br><br>ORDER APPROVING<br>REQUEST FOR AND NOTICE OF<br>STATUS HEARING FOR THE PURPOSE<br>OF DISCUSSING RELEASE OF LIENS<br>AND PENDING ATTORNEYS' FEES<br><br>Honorable Judge Jeremy Fogel |

**REQUEST FOR AND NOTICE OF STATUS HEARING
FOR THE PURPOSE OF DISCUSSING RELEASE OF LIENS
AND PENDING ATTORNEYS' FEES**

Defendant, Thomas E. Seidel, by and through counsel Robert Alan Jones, hereby requests a Status Hearing for the Purpose of Discussing Release of Liens and Pending Attorneys' Fees on July 8, 2009, at 9:00 a.m. The reasons are as follows:

1. The undersigned requests the hearing in the above-captioned case to be scheduled on July 8, 2009, at 9:00 a.m. immediately before, or after, the Status Conference of the criminal case, [5:06-cr-539-JF] scheduled for the same time.

2. The two cases involve the same parties and Counsel. The undersigned believes that the issues can be handled consecutively, scheduling the Status Hearings at the same time.

3. The office of the undersigned has contacted AUSA David Denier and he has no objection to the scheduling of this status hearing.

WHEREFORE, it is prayed that this Honorable Court schedule a Status Hearing for the Purpose of Discussing Release of Liens and Pending Attorneys' Fees on July 8, 2009, at 9:00 a.m.

Respectfully submitted,

Dated: This 30th day of June, 2009.

*//ss// Robert Alan Jones*
ROBERT ALAN JONES
Attorney at Law, *pro hac vice*
1061 E. Flamingo Road, Ste. 7
Las Vegas, Nevada 89119
Telephone: 702-791-3403

*//ss// Randy Sue Pollock*
RANDY SUE POLLOCK
Attorney at Law (CSBN 64473)
2831 Telegraph Avenue
Oakland, CA 94109
Telephone: (510) 763-9967

*Counsel for Defendant*

IT IS SO ORDERED.

Dated: 7/7/2009

_____
JEREMY FOGEL
United States District Judge

Def's Motion for Award of Costs and Fees
[5:07-cv-04128-JF]                2

**CERTIFICATE OF SERVICE**

This is to certify that on June 30, 2009, I caused to be served the foregoing **Request for and Notice of Status Hearing for the Purpose of Discussing Release of Liens and Pending Attorneys' Fees** by CM/ECF electronic filing in the United States District Court for the Northern District of California, San Jose Division, parties to be electronically served shortly thereafter.

*//ss// Elizabeth Holt*
Office of Robert Alan Jones

/emh/